## Commonwealth *v.* Whiteside, Appellant.

Argued September 13, 1965. *Leslie J. Carson, Jr.,* with him *Saul, Ewing, Remick & Saul,* for appellant; *Gordon Gelfond,* Assistant District Attorney, with him *William G. Klenk, II,* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant

District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for Commonwealth, appellee.

PER CURIAM: The six judges who heard the argument of this appeal being equally divided in opinion, the judgments of sentence of the court below are affirmed.

FLOOD, J., absent.